# RESOLUTION FOR
# HOT DUDES INC

1. A meeting of the Shareholders and Board of Directors of Hot Dudes Inc held as follows:

Type of Meeting: Special Meeting
Date: 09/12/2018
Time: 10:00 a.m.
Place: 306 S Pacific Coast Hwy, Redondo Beach, CA 90277

2. <u>Notice:</u> The Chairman called the meeting to order and announced that the meeting was held pursuant to a written waiver of notice and consent to the holding of the meeting. The waiver and consent was presented to the meeting and, on a motion duly made, seconded, and carried, was made part of the records and ordered inserted in the minute book immediately preceding the minutes of this meeting.

3. The following Director was present:
Names: Randall Wyner

4. The following Director was absent:
Names: None

5. Also present at the meeting were:
Names: None

6. The following persons officiated at the meeting:
Chairman of meeting: Randall Wyner

7. The Chairman presented the proposal of Hot Dudes Inc, file a Chapter 7 bankruptcy petition, cease all business activity and complete the Chapter 7 bankruptcy.

After discussion, and on motion duly made, seconded, and unanimously carried, the following resolutions were adopted:

RESOLVED that Hot Dudes Inc shall file a Chapter 7 bankruptcy petition, cease all business activity and complete the chapter 7 bankruptcy.

8. Adjournment:

There being no further business to come before the meeting, the meeting was duly adjourned.

Date: 9/17/18

_____
Randall Wyner
Director